FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ FEB 1 1 2013 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
HILARY BEST,

                      Plaintiff,

    -against-

JENNIFER SCHECTER, KEVIN ROONEY,
MYLES SCHNEIDER, ANKUR SARAIYA,
MICHAEL HOGAN, ANN MARIE
BARBAROTTA, MARIA LOURDES
GONZALES, PHILIP NINAN,
and YEVGENIY KHALDOAROV,

                      Defendants.
----------------------------------------------------------------X

ORDER

12-CV-6142 (NGG) (MDG)

NICHOLAS G. GARAUFIS, United States District Judge.

    Before the court is Plaintiff's motion for reconsideration of its Order denying Plaintiff's motion for a temporary restraining order. (See Dkt. 15.)

    In a separate yet nearly identical case, this court denied Plaintiff's motion for a temporary restraining order, ruling that abstention was proper under Younger v. Harris, 401 U.S. 37 (1971). See United States ex rel. Best v. Barbarotta, No. 12-CV-6218 (NGG), 2013 WL 66031, at *3 (E.D.N.Y. Jan. 4, 2013). The court denied a motion for reconsideration of that decision. See United States ex rel. Best v. Barbarotta, No. 12-CV-6218 (NGG), 2013 WL 308972, at *2 (E.D.N.Y. Jan. 25, 2013).

    In this case, the court denied Plaintiff's motion for a temporary restraining order also on the basis of Younger. (Jan. 10, 2013, Order (Dkt. 8).) Plaintiff now seeks reconsideration of that Order because it relied on the order in Plaintiff's other case denying his motion for a temporary

restraining order, which was styled as a petition for writ of habeas corpus. (See Best Aff. (Dkt. 15-1) ¶¶ 9-10.)

For the reasons set forth in its three previous opinions on the issue, Plaintiff's motion for reconsideration is DENIED.

SO ORDERED.

s/Nicholas G. Garaufis

Dated: Brooklyn, New York
February 7, 2013

NICHOLAS G. GARAUFIS
United States District Judge