UNITED STATES DISTRICT COURT    * Electronic Case Filing
EASTERN DISTRICT OF NEW YORK

HILARY BEST,

          Plaintiff,

      - against -

MYLES SCHNEIDER, ANKUR SARAIYA, MICHAEL HOGAN, ANN MARIE BARBAROTTA, MARIA LOURDES GONZALEZ, PHILIP NINAN, YEVGENIY KHALDOAROV,

          Defendants.

12-CV-6142 (NGG) (MDG)

**MOTION TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that upon the annexed declaration, Joshua Pepper hereby moves pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing him to withdraw as counsel. Defendants Hogan, Barbarotta, Gonzalez, Ninan, and Khaldorov will continue to be represented by the Office of the Attorney General through Jason Buskin, Esq., who has entered his notice of appearance in this case.

Dated: New York, New York
       January 23, 2015

                              Respectfully submitted,

                              ERIC T. SCHNEIDERMAN
                              Attorney General of the State of New York
                              *Attorney for State Defendants*

           By:    /s/ Joshua Pepper
                  JOSHUA PEPPER
                  Assistant Attorney General
                  120 Broadway, 24th floor
                  New York, NY 10271
                  tel: 1-212-416-8567
                  fax: 1-212-416-6075